McMurtrie et al., Appellants, *v.* Elliott.

Argued June 10, 1974. *Aloysius J. Staud,* with him *Fine, Staud, Grossman & Garfinkle,* for appellants; *Richard Bailey,* with him *John Patrick Kelley,* and *Krusen, Evans and Byrne,* for appellee.

Order affirmed.

Miller *v.* Checker Yellow Cab Co. et al., Appellants.

Argued June 12, 1974. *Victor F. Cavacini,* for appellants; *George A. Hahalis,* with him *Robert Ungerleider,* for plaintiff-appellee, and *John DiGiacomo,* for appellee.

Order affirmed.

Narkin, Appellant, *v.* Joseph R. Farrell, Inc.

Argued June 10, 1974. *Ronald H. Sherr,* for appellant; *Lawrence A. Brown,* with him *McTighe, Brown, Weiss, Bonner & Stewart,* for appellee.

Judgment affirmed.